```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF OREGON
```

JESUS PEREZ SANTOS,                                    CV. 06-843-ST

        Plaintiff,                                ORDER TO DISMISS

    v.

RUSSELL BARNETT,

        Defendant.

KING, District Judge.

    On July 31, 2006, this court ordered plaintiff to either pay the filing fee for this case, or move to proceed *in forma pauperis*. On August 18, 2006, the court's Order was returned to the court for lack of a current address.

    Pursuant to Local Rule 83.10(a) and (b), every unrepresented party has a continuing responsibility to notify the clerk's office and all parties whenever they change their mailing address. When mail from the court to a party cannot be delivered due to the lack

1 - ORDER TO DISMISS

of a current address, and the failure continues for sixty (60) days, the court may dismiss the action. Local Rule 83.12. Because plaintiff has been without a current address for more than 60 days, this action is dismissed for lack of prosecution.

    IT IS SO ORDERED.

    DATED this  30th  day of October, 2006.

                                         /s/ Garr M. King
                                           Garr M. King
                                           United States District Judge